COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Darrell Anthony Adell, Jr. v. The State of Texas

Appellate case number:    01-21-00439-CR

Trial court case number:  87429-CR

Trial court:                       149th District Court of Brazoria County

On February 8, 2022, appellant Darrell Adell, Jr. filed a motion to substitute counsel, seeking to substitute Stanley G. Schneider in place of Dallas Craig Hughes as counsel on appeal. The motion does not comply with Texas Rule of Appellate Procedure 6.5. Accordingly, the motion is **denied** without prejudice to refiling. *See* TEX. R. APP. P. 6.5(b), (d).

By submitting the motion, Stanley G. Schneider of Schneider & McKinney, P.C. has appeared as counsel of record for appellant. *See* TEX. R. APP. P. 6.2. The Clerk of this Court is directed to note his appearance as counsel for appellant on the docket of this Court. However, Dallas Craig Hughes remains as appellant's lead counsel until new lead counsel is designated or a motion to withdraw or to substitute compliant with Rule 6.5 is filed and granted. *See* TEX. R. APP. P. 6.1(c), 6.5.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                                      Acting individually


Date:  February 15, 2022